FILED

MAY 15 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | Criminal Case No. 08CR1573-DMS |
| v. | I N F O R M A T I O N |
| ELSA VALENZUELA-ARELLANO (1) MLS, EDDIE DUANE SIMON (2), NICK ~~RODRIGUEZ~~-RAMOS ~~(3)~~, RODRIGUEZ VIRGIL RUIZ-VALENZUELA (4), Defendants. | Title 8, U.S.C., Secs. 1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting |

The United States Attorney charges:

On or about April 23, 2008, within the Southern District of California, defendants ELSA VALENZUELA-ARELLANO, EDDIE DUANE SIMON, NICK RODRIGUEZ-RAMOS and VIRGIL RUIZ-VALENZUELA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Jesus Magallon-Berrospe, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: May 15, 2008.

KAREN P. HEWITT
United States Attorney

Charlotte E. Kaiser for

DOUGLAS KEEHN
Assistant U.S. Attorney

WDK:psd:San Diego
5/14/08