RECEIVED
U.S. MARSHAL
SOUTHERN DISTRICT
CALIFORNIA
2008 MAY 15 P 4: 16

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff

vs.

Elsa Valorrzuela-Arellano et al

Defendant(s)

CRIMINAL NO. 08CR1573-DMS

ORDER

RELEASING MATERIAL WITNESS

Booking No.

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Salvador Avila-Gutierrez

DATED: 5/15/08

NITA L. STORMES

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED ____________
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by [signature]

Deputy Clerk