AO 455 (Rev. 5/85) Waiver of Indictment

FILED

MAY 1 5 2008

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA

v.

ELSA VALENZUELA-ARELLANO

**WAIVER OF INDICTMENT**

CASE NUMBER: 08 mj 1282

I, ELSA VALENZUELA-ARELLANO, the above-named defendant, who is accused of committing the following offenses:

Transportation of Illegal Aliens and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (v)(II) (Felony).

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on 5/15/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Elsa Valenzuela
Defendant

C.H. Adair
Defense Counsel

Before ____________________
Judicial Officer